**2010–1431.   Dominish v. Nationwide Ins. Co.**
Lake App. No. 2009–L–116, 2010-Ohio-3048. Reported at 127 Ohio St.3d 1444, 2010-Ohio-5762, 937 N.E.2d 1035. On motion for reconsideration. Motion granted to the following extent: The discretionary

appeal is accepted on Proposition of Law No. II.

BROWN, C.J., and PFEIFER and LANZINGER, JJ., dissent.